UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| LOUISE E. PAXTON, | ) | Case No. 14-80034 |
| | ) | |
| Debtors. | ) | Judge Thomas M. Lynch |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | **PROOF OF SERVICE** |
| COUNTY OF WINNEBAGO | ) | |

I, the undersigned, certify that a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object** was served upon:

THE CREDITORS IN THIS BANKRUPTCY (SEE THE ATTACHED SERVICE LIST)

by placing a true and correct copy of said document in an envelope, each addressed as is shown above or via electronic filing.

That I sealed said envelopes and placed sufficient U.S. postage on each; that I deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 18th day of March, 2015, or filed electronically.

/s/ Nancy L. Hrynkow

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 14-80034<br>Northern District of Illinois<br>Rockford<br>Wed Mar 18 07:09:00 CDT 2015 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Discover<br>P.O. Box 30421<br>Salt Lake City, UT 84130-0421 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Bank<br>c/o Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 | Forrest Hills Village<br>7927 Forest Hills Road<br>Loves Park, IL 61111-3311 | Helen Dilley<br>8668 Springwood Ct.<br>Roscoe, IL 61073-7916 |
| JC Penney / GE Capital Retail Bank<br>P.O. Box 965008<br>Orlando, FL 32896-5008 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | Menards Retail Services<br>P.O. Box 5893<br>Carol Stream, IL 60197-5893 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sears Credit Card<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Union Plus / AFSCME Advantage<br>P.O. Box 80027<br>Salinas, CA 93912-0027 |
| Gary C Flanders<br>1 Court Place Suite 201<br>Rockford, IL 61101-1088 | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, IL 61108-2582 | Louise E Paxton<br>8668 Springwood Ct<br>Roscoe, IL 61073-7916 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Billing Inquiries<br>P.O. Box 982235<br>El Paso, TX 79998 | Portfolio Recovery Associates, LLC<br>Successor to CAPITAL ONE, NATIONAL<br>ASSOCIATION (CAPITAL ONE, N.A.)<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NATIONAL<br>ASSOCIATION<br>PO Box 41067<br>Norfolk, VA 23541 |