# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PAXTON, LOUISE E                              § Case No. 14-80034-TML
                                                     §
                                                     §
Debtor(s)                                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 04/22/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/17/2015      By:  /s/JAMES E. STEVENS

                                                                                  Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PAXTON, LOUISE E | § | Case No. 14-80034-TML |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,149.16 |
| and approved disbursements of | $ 5,015.00 |
| leaving a balance on hand of [1] | $ 5,134.16 |
| **Balance on hand:** | $ 5,134.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,134.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,515.42 | 0.00 | 91.31 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 2,330.50 | 0.00 | 0.00 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER LAW FIRM | 5,042.85 | 0.00 | 5,042.85 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,134.16 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $        0.00
Remaining balance: $        0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $        0.00
Remaining balance: $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,176.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,872.99 | 0.00 | 0.00 |
| 2 | Helen Dilley | 5,540.00 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 2,814.84 | 0.00 | 0.00 |
| 4 | Capital One, N.A. | 2,743.13 | 0.00 | 0.00 |
| 5 | Capital Recovery V, LLC | 1,950.36 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 5,639.12 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 2,616.17 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $        0.00
Remaining balance: $        0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-80034-TML
Louise E Paxton                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 1          Date Rcvd: Mar 19, 2015
                              Form ID: pdf006        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2015.
```
db          +Louise E Paxton,    8668 Springwood Ct,    Roscoe, IL 61073-7916
21390998   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Attn: Billing Inquiries,   P.O. Box 982235,
               El Paso, TX 79998)
21390999    +Capital One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
21718437     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21917171     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21391002    +Forrest Hills Village,    7927 Forest Hills Road,    Loves Park, IL 61111-3311
21705357    +Helen Dilley,    8668 Springwood Ct.,   Roscoe, IL 61073-7916
21391005    +Menards Retail Services,    P.O. Box 5893,    Carol Stream, IL 60197-5893
22029584   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               Successor to CAPITAL ONE, NATIONAL,    ASSOCIATION (CAPITAL ONE, N.A.),   POB 41067,
               Norfolk VA 23541)
21391006    +Sears Credit Card,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
21391007    +Union Plus / AFSCME Advantage,    P.O. Box 80027,    Salinas, CA 93912-0027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22027831      E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2015 01:09:53     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21391000    +E-mail/PDF: mrdiscen@discover.com Mar 20 2015 01:19:20     Discover,    P.O. Box 30421,
               Salt Lake City, UT 84130-0421
21391001      E-mail/Text: cms-bk@cms-collect.com Mar 20 2015 01:01:02     Discover Bank,
               c/o Capital Management Services, LP,   698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
21651351      E-mail/PDF: mrdiscen@discover.com Mar 20 2015 01:19:20     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
21391003    +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2015 01:09:49     JC Penney / GE Capital Retail Bank,   P.O. Box 965008,   Orlando, FL 32896-5008
21391004    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 20 2015 01:00:49     Kohl's,   P.O. Box 3043,
               Milwaukee, WI 53201-3043
                                                                                              TOTAL: 6
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22034680*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,   PO Box 41067,   Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2015 at the address(es) listed below:
```
              Gary C Flanders    on behalf of Debtor Louise E Paxton garyflanders@sbcglobal.net
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```